| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Waterscape Resort LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Cassa NY Hotel And Residences** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-2675322** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15 West 34th Street<br>New York, NY**<br><br>ZIPCODE **10001** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**66-70 West 45th Street, New York, NY**

ZIPCODE **10036**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                         Nonmain Proceeding |
|  | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. |  |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Waterscape Resort LLC** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br>     Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Waterscape Resort LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Lee W. Stremba*<br>Signature of Attorney for Debtor(s)<br><br>**Lee W. Stremba**<br>**Troutman Sanders LLP**<br>**The Chrysler Building 405 Lexington Ave**<br>**New York, NY 10174**<br>**(212) 704-6000 Fax: (212) 704-6288**<br>**lee. stremba@troutmansanders.com**<br><br><br>**April 5, 2011**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Ezak Assa*<br>Signature of Authorized Individual<br><br>**Ezak Assa**<br>Printed Name of Authorized Individual<br><br>**Executive Vice President**<br>Title of Authorized Individual<br><br>**April 5, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**RESOLUTIONS OF THE MANAGER**
**OF**
**WATERSCAPE RESORT LLC**

The undersigned, being the Manager of Waterscape Resort LLC, a Delaware limited liability company (the "Company"), DOES HEREBY CONSENT to the adoption of, and DOES HEREBY ADOPT, the following resolutions:

WHEREAS, pursuant to Section 5.1(a) of that certain Amended and Restated Limited Liability Company Agreement of Waterscape Resort LLC dated as of July 19, 2005 (the "LLC Agreement"), the business, affairs and management of the Company, including its policies and administration, vested in one manager (the "Manager") designated in Section 5.3 of the LLC Agreement;

WHEREAS, Section 5.3 of the LLC Agreement designates Salim Assa as Manager of the Company, the Manager not to be removed with or without cause;

WHEREAS, Section 5.2 of the LLC Agreement grants the Manager sole power and authority on behalf of the Company, without the consent of any of the Company's Members to, among other things, (i) file Bankruptcy on behalf of the Company and/or any entity in which the Company owns an interest, and (ii) retain and employ accountants, attorneys, managing agents or other experts;

WHEREAS, Section 5.4 of the LLC Agreement states that the Manager may designate one or more persons as officers of the Company who shall exercise and perform such powers and duties as shall be assigned to them by the Manager, and the Manger may delegate to any officer of the Company the authority to act on behalf of the Company as the Manager may deem appropriate;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

FURTHER, RESOLVED, that the Manager of the Company, and Ezak Assa, the Executive Vice President of the Company, either acting alone or together, are hereby authorized, designated, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that the Manager deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it

FURTHER, RESOLVED, that the Manager be, and hereby is, authorized and directed to employ the law firm of Troutman Sanders LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in

connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Troutman Sanders LLP; and be it

FURTHER, RESOLVED, that the Manager be, and hereby is, authorized and directed to employ Richard Migliaccio, Esq. as special counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing and pleadings; and in connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Richard Migliaccio, Esq.; and be it

FURTHER, RESOLVED, that the Manager be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate  retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it

FURTHER, RESOLVED, that in addition to the specific authorization heretofore conferred upon the Manager, the Manager hereby is, authorized, empowered, and directed, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in the Manager's judgment necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

FURTHER, RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Manager of the Company.

Dated:  April 5, 2011                        By: /s/ Salim Assa_____
                                                      Name: Salim Assa
                                                      Title: Manager of Waterscape Resort LLC

# United States Bankruptcy Court
## Southern District of New York

| IN RE: | Case No. _____ |
|---|---|
| **Waterscape Resort LLC** | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Mark David**<br>**621 Southwest Street**<br>**High Point, NC 27260** | **Mark A. Norcross**<br>**(336) 821-2266** | **Trade debt** | | **638,503.54** |
| **LOAR Corporate Servicing, Inc.**<br>**P.O. Box 737**<br>**Yonkers, NY 10704** | **Armando Rodrigues**<br>**(914) 969-0009** | **Trade debt** | | **126,085.25** |
| **Koni Corp.**<br>**9654 Siempra Viva Road Suite 1-2**<br>**San Diego, CA 92154** | **Mark Golden**<br>**(619) 205-5656** | **Trade debt** | | **65,746.78** |
| **Canfield Madden**<br>**230 Park Avenue Suite 2525**<br>**New York, NY 10169** | **John Madden**<br>**(212) 949-4646** | **Legal Fees** | | **53,195.04** |
| **Holland & Knight**<br>**31 West 52nd Street**<br>**New York, NY 10019** | **Frederick R. Rohn**<br>**(212) 513-3422** | **Legal Fees** | | **26,781.76** |
| **Miron & Sons Linen Service**<br>**220 Coster Street**<br>**Bronx, NY 10474-7121** | | **Trade debt** | | **21,914.18** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 5, 2011** _____     Signature: **/s/ Ezak Assa**

**Ezak Assa, Executive Vice President**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WATERSCAPE RESORT LLC | ) | Case No. 11-_____(____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## RULE 1007(A)(1) AND 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Waterscape Resort LLC, the debtor and debtor in possession in the above captioned Chapter 11 case (the "**Debtor**"), hereby certifies that the Debtor is a Delaware limited liability company, and the following are corporations that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

- 45 INMEX CORP.:                    Class A Member Interest

- CATMEX 45 CORP.:                   Class B Member Interest

- GEMSTONE 45 LLC:                   Class B and C Member Interest

- DEVELOPMEX 45 CORP.:               Class C Member Interest (non-voting)

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

     I, Ezak Assa, the Manager of Waterscape Resort LLC, a Delaware limited liability company, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my knowledge, information and belief.


Dated:  April 5, 2011                  By:   /s/ Ezak Assa      
                                           Name: Ezak Assa
                                           Title: Manager of Waterscape Resort LLC

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                          Case No. _____

Waterscape Resort LLC _____   Chapter **11** _____
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April  5, 2011** _____   Signature: */s/ Ezak Assa* _____

**Ezak Assa, Executive Vice President**                                    Debtor


Date: _____   Signature: _____

Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

160 Broadway Concrete Corp.
D/B/A Broadway Concrete
160 Broadway
New York, NY  10038


70 West 45th Street Holding LLC
c/o Wu and Kao
747 Third Avenue, 22nd Floor
New York, NY  10017


Action Chutes. Inc.
8 Farrington Road
Brewster, NY  10509


AEC Reprographics
44 West 39th Street
New York, NY  10018


AIG
P.O. Box 35657
Newark, NJ  07193-5657


Allied NA Insurance Brokerage Of NY, LLC
390 N. Broadway
Jericho, NY  11753


Americon
44 W. 18th Street
New York, NY  10011


AON Risk Services Northeast, Inc.
10461 Mill Run Circle
Owings Mills, MD  21117

Architecture Outfit
648 Broadway, Suite 506
New York, NY  10012


Atlantic Hoisting & Scaffolding
330 North Henry Street
Brooklyn, NY  11222


Budget Installment Corp.
P.O. Box 9153
Garden City, NY  11530-9153


C&R Arquitectos
Juan Lorenzo Rojas Carrillo Cumbres DeMa
390 Int. 1 Col Narvarte
C.P. 0320 MEXICO, D.F.,


CA RICH Environmental Specialists
17 Dupont Street
Plainview, NY  11803


Canfield Madden
230 Park Avenue Suite 2525
New York, NY  10169


CCA Construction Consulting Associates
100 Church Street, Suite 1625
New York, NY  10007


Cetra Ruddy
584 Broadway
New York, NY  10012


Cetra/Ruddy Inc.
584 Broadway
New York, NY  10012

CF Corporations
P.O. Box 11728
Newark, NJ  07101-4728


Chartis Property Casualty Co.
C/O Gwertzman Lefkowitz Burman Smith & M
80 Broad Street
New York, NY  10004


Con Edison
JAF Station, P.O. Box 1702
New York, NY  10116-1702


Crawford & Russell Engineers & Constr.
P.O. Box 2616
Stamford, CT  06906


Delta Testing Laboratories, Inc.
23 South Macquesten Parkway
Mount Vernon, NY  10550


Denver West LLC
15 West 34th Street, 7th Floor
New York, NY  10001


Desimone Consulting Engineers PLL
18 W. 18th Street, 10th Floor
New York, NY  10011


Domani Consulting
Amerisource Funding, Inc. Assignee
P.O. BOx 4738
Houston, TX  77219-4738

DPM Architecture PC
15 E. 32nd Street
New York, NY  10016


Eagle One Roofing Contractors Inc.
18-60 45th Street
Astoria, NY  11105


Elite Floors, Inc.
691 Saw Mill River Road
Yonkers, NY  10710


Entek Engineering PLLC
166 Ames Street
Hackensack, NJ  07601


Estate Hardwood Floors Corp.
D/B/A Kultur Flooring
2 Innovation Drive P.O. Box 490
Renfrew Ontario Canada,     K7V 4BI


Five Star Electric Corp.
101-32 101st Street
Ozone Park, NY  11416


Front Inc.
185 Varick St., Suite 300
New York, NY  10014


Gary Jacobs Associates, LLC
116 E. 27th Street, 2nd Fl.
New York, NY  10016


George Berger & Assoc.
86 Yonkers Ave,
Tuckahoe, NY  10707

Holland & Knight
31 West 52nd Street
New York, NY  10019


Hudson Meridian Construction Group
40 Rector St., 18th Floor
New York, NY  10016


Hunter-Atlantic Inc.
125 Half Mile Road
Redbank, NJ  07701


Int'l Exterior Fabricators LLC
1101 Scott Avenue
Calverton, NY  11933


Interstate Drywall Corp.
150 Clove Road
Littlle Falls, NJ  07424


Jenkins & Huntington, Inc.
5 Climax Road
Avon, CT  06001


Jerome Aluminum Products Corp.
625 Main Street
Westbury, NY  11590


John Civetta & Sons, Inc.
1123 Bronx River Avenue
Bronx, NY  10472


Joseph Nicoletti Assoc.
499 Jericho Turnpike
Mineola, NY  11501

Koni Corp.
9654 Siempra Viva Road Suite 1-2
San Diego, CA  92154


KP Johnson & Assoc. LLC
1095 Mt. Kemble Avenue
Morristown, NJ  07960-6636


KSW Mechanical Sevices, Inc.
37-16 23rd Street
Long Island City, NY  11101


L&L Painting Co. Inc.
900 South Oyster Bay Road
Hicksville, NY  11801


Langan Engineering & Envir. Svcs.
Box 512588
Philadelphia, PA  19175-2588


LIF Industries Inc.
D/B/A Long Island Fireproof Door
5 Harbor Park Drive
Port Washington, NY  11050


LOAR Corporate Servicing, Inc.
P.O. Box 737
Yonkers, NY  10704


Marjam Supply Co., Inc.
885 Conklin Street
Farmingdale, NY  11735


Mark David
621 Southwest Street
High Point, NC  27260

MDI Associates, Inc.
P.O. Box 38
New Canaan, CT  06840


MG Engineering, P.C.
116 W. 32nd Street
New York, NY  10001


Miele Inc.
9 Independence Way
Princeton, NJ  08540


Miller-Druck Specialty Contracting Inc.
264 West 40th Street
New York, NY  10018


Miron & Sons Linen Service
220 Coster Street
Bronx, NY  10474-7121


National Union Fire Co. Of Pittsurgh, PA
Chartis
P.O. Box 35657
Newark, NJ  07193-5657


NYC Department Of Buildings
280 Broadway
New York, NY  10007


NYC Department Of Finance
P.O. Box 32
New York, NY  10008-0032


NYC Fire Department
Church Street Station P.O. Box 840
New York, NY  10008-0840

NYC Water Board
P.O. Box 410 Church Street Station
New York, NY  10009-0410


NYS Department Of Law
120 Broadway
New York, NY  10271


Office For Visual Interaction, Inc.
207 West 25th Street
New York, NY  10001


OTIS Elevator Company
450 West 33rd Street
New York, NY  10001


Papp Iron Works, Inc.
950 South Second Street
Plainfield, NJ  07063


Park Avenue Building & Roofing Supplies
2120 Atlantic Avenue
Brooklyn, NY  11233


Parkview Plumbing & Heating Inc.
3928 East Tremont Avenue
Bronx, NY  10465


Partners Management Group
20 West 36th Street
New York, NY  10018


Pavarini McGovern LLC
770 Broadway, 10th Floor
New York, NY  10003-9522

Plesser's Appliances
235A Little Neck Rd.
Babylon, NY  11702


Post Road Iron Works, Inc.
345 West Putnam Avenue
Greenwich, CT  06830-5296


Project Technologies International
390 North Broadway
Jericho, NY  11753


Rad D'Aprile Inc.
2128 Bellmore Avenue
Bellmore, NY  11710


SC Prime Energy Ltd.
68-41 79th Street
Middle Village, NY  11379


SI Partners LLC
15 West 34th Street, 7th Floor
New York, NY  10001


State Liquor Authority
371 Lenox Avenue
New York, NY  10027


Ten Arquitectos
22 West 19th Street, 9th Fl.
New York, NY  10011


The J Advisory Company LLC
11 East 44th Street, 6th Floor
New York, NY  10017

Thornton Tomasetti
51 Madison Avenue
New York, NY  10010


True North Surveyors, P.C.
John Vida PLS
111 Kosciuszko Road
Whitehouse Station, NJ  08889


Tucci Equipment Co.
336 Baretto St.
Bronx, NY  10474


W&W Glass LLC
302 Airport Executive Park
Nanuet, NY  10954


Walter Owners Representation Inc.
735 Carter Street
New Canaan, CT  06840


White Hill Restoration, Inc.
804 East 136th Street
Bronx, NY  10454


XACT
5800 Foxridge Drive, Suite 406
Mission, KS  66202-2338

70 West 45th Street Holding LLC
c/o Wu and Kao Attn: Allen Wu, Esq.
747 Third Avenue, 22nd Floor
New York, New York 10017

160 Broadway Concrete Corp.
d/b/a Broadway Concrete
160 Broadway
New York, NY 10038

Action Chutes, Inc.
8 Farrington Road
Brewster, NY 10509

AEC Reprographics
44 West 39th Street
New York, NY 10018

AIG
P.O. Box 35657
Newark, NJ 07193-5657

Allied NA Insurance Brokerage of NY, LLC
390 N. Broadway
Jericho, NY 11753

Americon
44 W. 18th Street
New York, NY 10011

AON Risk Services Northeast, Inc.
10461 Mill Run Circle
Owings Mills, MD 21117

Architecture Outfit
648 Broadway, Suite 506
New York, NY 10012

Atlantic Hoisting & Scaffolding
330 North Henry Street
Brooklyn, NY 11222

Budget Installment Corp.
P.O. Box 9153
Garden City, NY 11530-9153

C&R Arquitectos
Juan Lorenzo Rojas Carrillo Cumbres DeMa
390 Int. 1 Col Navarte
C.P. 0320 Mexico, D.F.

CA RICH Environmental Specialists
17 Dupont Street
Plainview, NY 11803

CCA Construction Consulting Associates
100 Church Street, Suite 1625
New York, NY 10007

Canfield Madden
Attn: John Madden
230 Park Avenue
Suite 2525
New York, NY 10169

Cetra/Ruddy Inc.
584 Broadway
New York, NY 10012

CF Corporations
P.O. Box 11728
Newark, NJ 07101-4728

Chartis Property Casualty Co.
c/o Gwertzman Lefkowitz Burman Smith
80 Broad Street
New York, NY 10004

Con Edison
JAF Station, P.O. Box 1702
New York, NY 10116-1702

Crawford & Russell Engineers & Constr.
P.O. Box 2616
Stamford, CT 06906

Delta Testing Laboratories, Inc.
23 South Macquesten Parkway
Mount Vernon, NY 10550

Desimore Consulting Engineers PLL
18 W. 18th Street, 10th Floor

New York, NY 10011

Domani Consulting
Amerisource Funding, Inc. Assignee
P.O. Box 4738
Houston, TX 77219-4738

DPM Architecture PC
15 E. 32nd Street
New York, NY 10016

Eagle One Roofing Contractors Inc.
18-60 45th Street
Astoria, NY 11105

Elite Floors, Inc.
691 Saw Mill River Road
Yonkers, NY 10710

Entek Engineering PLLC
166 Ames Street
Hackensack, NJ 07601

Estate Hardwood Floors Corp.
d/b/a Kultur Flooring
2 Innovation Drive P.O. Box 490
Renfrew Ontario Canada, K7V 4BI

Five Star Electric Corp.
101-32 101st Street
Ozone Park, NY 11416

Front Inc.
185 Varick St., Suite 300
New York, NY 10014

Gary Jacobs Associates, LLC
116 E. 27th Street, 2nd Fl.
New York, NY 10016

George Berger & Assoc.
86 Yonkers Ave
Tuckahoe, NY 10707

Holland & Knight
Attn: Frederick R. Rohn

31 West 52nd Street
New York, NY 10019

Hudson Meridian Construction Group
40 Rector St., 18th Floor
New York, NY 10016

Hunter-Atlantic Inc.
125 Half Mile Road
Redbank, NJ 07701

Int'l Exterior Fabricators LLC
1101 Scott Avenue
Calverton, NY 11933

Interstate Drywall Corp.
150 Clove Road
Little Falls, NJ 07424

Jenkins & Huntington, Inc.
5 Climax Road
Avon, CT 06001

Jerome Aluminum Products Corp.
625 Main Street
Westbury, NY 11590

John Civetta & Sons, Inc.
1123 Bronx River Avenue
Bronx, NY 10472

Joseph Nicoletti Assoc.
499 Jericho Turnpike
Mineola, NY 11501

KP Johnson & Assoc. LLC
1095 Mt. Kemble Avenue
Morristown, NJ 07960-6636

KSW Mechanical Services, Inc.
37-16 23rd Street
Long Island City, NY 11101

Koni Corp.
Attn: Mark Golden
9654 Siempre Viva Road

Suite 1-2
San Diego, CA 92154

L&L Painting Co. Inc.
900 South Oyster Bay Road
Hicksville, NY 11801

Langan Engineering & Envir. Svcs.
Box 512588
Philadelphia, PA 19175-2588

LIF Industries Inc.
d/b/a Long Island Fireproof Door
5 Harbor Park Drive
Port Washington, NY 11050

LOAR
Attn: Armando Rodriguez
P.O. Box 737
Yonkers, NY 10704

Marjam Supply Co., Inc.
885 Conklin Street
Farmingdale, NY 11735

Mark David
Attn: Mark A. Norcross
621 Southwest Street
High Point, NC 27260

MDI Associates, Inc.
P.O. Box 38
New Canaan, CT 06840

MG Engineering, P.C.
116 W. 32nd Street
New York, NY 10001

Miele Inc.
9 Independence Way
Princeton, NJ 08540

Miller-Druck Specialty Contracting Inc.
264 West 40th Street
New York, NY 10018

Miron & Sons Linen Service
220 Coster Street
Bronx, NY 10474-7121

National Union Fire Co. of Pittsburgh, PA
Chartis
P.O. Box 35657
Newark, NJ 07193-5657

NYC Department of Buildings
280 Broadway
New York, NY 10007

NYC Department of Finance
P.O. Box 32
New York, NY 10008-0032

NYC Fire Department
Church Street Station P.O. Box 840
New York, NY 10008-0840

NYC Water Board
P.O. Box 410 Church Street Station
New York, NY 10009-0410

NYS Department of Law
120 Broadway
New York, NY 10271

Office for Visual Interaction, Inc.
207 West 25th Street
New York, NY 10001

OTIS Elevator Company
450 West 33rd Street
New York, NY 10001

Papp Iron Works, Inc.
950 South Second Street
Plainfield, NJ 07063

Park Avenue Building & Roofing Supplies
2120 Atlantic Avenue
Brooklyn, NY 11233

Parkview Plumbing & Heating Inc.

3928 East Tremont Avenue
Bronx, NY 10465

Partners Management Group
20 West 36th Street
New York, NY 10018

Pavarini McGovern LLC
770 Broadway, 10th Floor
New York, NY 10003-9522

Pavarini McGovern LLC
Attn: Eric McGovern
352 Park Avenue South
New York, NY 10010

Plesser's Appliances
235A Little Neck Road
Babylon, NY 11702

Post Road Iron Works
345 West Putnam Avenue
Greenwich, CT 06830-5296

Project Technologies International
390 North Broadway
Jericho, NY 11753

Rad D'Aprile
2128 Bellmore Avenue
Bellmore, NY 11710

SC Prime Energy Ltd.
68-41 79th Street
Middle Village, NY 11379

SI Partners LLC
15 West 34th Street, 7th Floor
New York, NY 10001

State Liquor Authority
371 Lenox Avenue
New York, NY 10027

Ten Arquitectos
22 West 19th Street, 9th Fl.

New York, NY 10011

The J Advisory Company LLC
11 East 44th Street, 6th Floor
New York, NY 10017

Thornton Tomasetti
51 Madison Avenue
New York, NY 10010

True North Surveyors, P.C.
John Vida PLS
111 Kosciuszko Road
Whitehouse Station, NJ 08889

Tucci Equipment Co.
336 Baretto St.
Bronx, NY 10474

W&W Glass LLC
302 Airport Executive Park
Nanuet, NY 10954

Walter Owners Representation Inc.
735 Carter Street
New Canaan, CT 06840

White Hill Restoration, Inc.
804 East 136th Street
Bronx, NY 10454

XACT
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

US Bank
c/o Greg Yates, Esq.
Seyfarth Shaw
620 8th Avenue
New York, NY 10018

USB Capital Resources, Inc.
c/o Greg Yates, Esq.
Seyfarth Shaw
620 8th Avenue
New York, NY 10018

ABC Imaging, Inc.
P.O Box 890623
Charlotte, NC 28289-0623

Acecape, Inc.
277 Broadway, Suite 807
New York, NY 10007

Adam Berman, Esq.
Adam Berman & Associates
11 Pennsylvania Plaza, Suite 2000
New York, NY 10001

AEC Reprographics
44 West 39th Street
New York, NY 10018

American Insurance Group
P.O. Box 35657
Newark, NJ 07193-5657

Allied NA Insurance Brokerage Corp. of NY, LLC
390 No. Broadway
Jericho, NY 11753

Architecture Outfit
648 Broadway, Suite 506
New York, NY 10012

ASSA Hospitality Mgt LLC
15 W 34th St., 7 FL
New York, NY 10001

The Associated Corp
819 Avenue W
Brooklyn, NY 11223

Batasha Blanc
13532 Coolidge Ave., Apt 4F
Jamaica, NY 11435

Baltimore Design Center
35 Main Street
Port Washington, NY

Blue Cross and Blue Shield of Florida
P.O. Box 105358
Atlanta, GA 30348-5358

Buchanan Ingersoll & Rooney PC
1700 K Street NW, Suite 300
Washington, DC 20006-3807

CA Rich Environmental Specialists
17 Dupont Street
Plainview, NY 11803

California First Leasing Corporation
18201 Von Karman Avenue, Suite 800
Irvine, CA 92612

Canfield, Madden & Ruggiero LLP
230 Park Avenue, Suite 2525
New York, NY 10169

CCA Construction Consulting Associates
100 Church Street, Suite 1625
New York, NY 10007

Cetra/Ruddy Inc
584 BROADWAY
New York, NY 10012

National Union Fire Insurance Company Of Pittsburgh, PA
P.O. Box 35657
Newark, NJ 07193-5657

Chicago Title Insurance Co 711
3rd Avenue, 5th Fl
New York, NY 10017-4014

Commonwealth Land Title Insurance Co. Land America New York LCS
140 East 45 Street Two Grand Central Tower
New York, NY 10017

Con Edison JAF Station
P.O. Box 1702
New York, NY 10116-1702

Concrete Industries One Corp
4809 Avenue N

Brooklyn, NY 11234

Construction Consulting Ass.
100 Church St.
New York, NY 10007

Cube 4
250 E. 54th Street, Suite 31a
New York, NY 10022

Delaware Division of Corporations
P.O. BOX 11728
Newark, NJ 07101-4728

Delta Testing Laboratories, Inc.
23 South Macquesten Parkway Mount
Vernon, NY 10550

Deluxe For Business
P.O. Box 742572
Cincinnati, OH 45274-2572

Department of Buildings NYC Department of Buildings
280 Broadway
New York, NY 10007

Department Of State Division of Corporations
99 Washington Ave
Albany, NY 12231-0001

Department of Environmental Protection-Church Street Station
P.O. Box 410
New York, NY 10008-0410

Derek Frederic Mabra
77 Engert Avenue
Brooklyn, NY 11222

Desimone Consulting Engineers PLL
18 West 18th Street, 10th Floor
New York, NY 10011

Amerisource Funding, Inc.
Assignee for: Domani Consulting, Inc.
P.O. Box 4738
Houston, TX 77210-4738

Domani Inspection Services, Inc.
226 East Merrick Road
Valley Stream, NY 11580

DPM Architecture P.C.
15 East 32nd Street
New York, NY 10016

EMJ Construction Consultants N.A., Inc.
ATTN: Accounting Dept.
55 Jericho Turnpike, Suite 205
Jericho, NY 11753

Entek Engineering PLLC
166 Ames Street
Hackensack, NJ 07601

Environmental Control Board
Box 2307
Peck Slip Station
New York, NY 10038

The Environmental Control Board of the City of New York
Attn: Legal Department
66 John Street, 2nd Floor
New York, New York 10038

Environmental Graphics
P.O. Box 5996
Chattanooga, TN 37406

FEDEX
P.0. Box 371461
Pittsburgh, PA 15250-7461

Finance Administrator City of New York
66 John Street
New York, NY 10038

Five Star Electric Corp
101-32 101st Street
Ozone Park, NY 11416

Front Inc
185 Varick Street, Suite 300

New York NY 10014

Graham Hanson Design LLC
60 Madison Avenue, Floor 11
New York, NY 10010

Greenberg, Trager & Herbst, LLP
767 Third Avenue, 12th Floor
New York, NY 10017

Greyhawk
260 Crossways Park Drive
Woodbury, NY 11797

Grove Networks Inc,
2103 Coral Way, Suite 810
Miami, FL 33145

Holland & Knight
31 West 52nd Street
New York, NY 10019

Hudson Meridian Construction Group
40 Rector Street, 18th Floor
New York, NY 10006

Hunter-Atlantic Inc.
125 Half Mile Road
Redbank, NJ 07701

HVS International
372 Willis Ave
Mineola, NY 11501

KONI Corporation
9654 Siempre Viva Road #1
San Diego, CA 92154

KP Johnson & Associates LLC
1095 Mt Kemble Avenue
Morristown, NJ 07960-6636

KSW Mechanical Services, Inc.
37-16 23rd Street
Long Island City, NY 11101

LandAmerica Commercial Services
140 East 45 Street Two Grand Central Tower
New York, NY 10017

Langan Engineering & Environmental Services
P.O. Box 512588
Philadelphia, PA 19175-2588

Leonard Fogelman
305 Madison Avenue, Suite 902
New York, NY 10165

Mark David
P.O. BOX 7924
High Point, NC 27264

MG Engineering, P.C.
116 West 32nd Street
New York, NY 10001

Michael J Berman & Associates, PC
15 Maiden Lane
New York, NY 10038

Nadine Johnson & Associates, Inc.
312 W 19th Street
New York, NY 10011

Council for Economic Education
122 E 42nd St, Suite 2600
New York, NY 10168

NYC Department of Finance
P.O. Box 32
New York, NY 10008

NYC Dept of Buildings
280 Broadway
New York, NY 10007

NYC Express Messenger
106 Ridge Street
New York, NY 10002-2554
NY Dept. Finance
P.O. Box 2307
Peck Slip Station

New York, NY 10272

NYC Fire Department-Church Street Station
P.O. Box 840
New York, NY 10008-0840

NYC Water Board-Church Street Station
P.O. Box 410
New York, NY 10008-0410

State Processing Center
P.O. Box 22076
Albany, NY 12201-2076

Office for Visual Interaction, INC.
207 West 25th Street
New York, NY 10001

OTIS Elevator Company
450 West 33rd Street
New York, NY 10001

PAETEC
P.O. Box 1283
Buffalo, NY 14240-1283

Pavarini McGovern LLC
770 Broadway, 10th Floor
New York, NY 10003-9522

Richard Migliaccio
95-11 150th Road
Ozone Park, NY 11417

Robert Lebensfeld
100 W 58th St., #12G
New York, NY 10019

Schiff Hardin LLP
900 Third Avenue
New York, NY 10022

Seiden & Schein, P.C.
570 Lexington Ave
New York, NY 10022

Skwiersky, Alpert & Bressler LLP
462 Seventh Avenue
New York, NY 10018

Tecton Mgt Services Co LLC
1101 Brickell Ave, Suite 1400
Miami, FL 33131

The J Construction Company, LLC
11 East 44th St., 6th Fl.
New York, NY 10017

Time Warner Cable
P.O. Box 9227
Uniondale, NY 11555-9227

Troutman Sanders LLP
P.O. Box 933652
Atlanta, GA 31193-3652

True North Surveyors, Inc
111 Kosciuszko Road
Whitehouse Station, NJ 08889

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Verizon
P.O. Box 15026
Albany, NY 12212-5026

XEROX Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598

1114 Sixth Parking LLC
1114 Ave of the Americas
New York, NY 10036

A&A Maintenance Enterprise, Inc.
965 Midland Ave.
Yonkers, NY 10704

A3 Superior Pest Control
109 Spring Brook Court

Shohola, PA 18458-3437

ACI - Fire Safety Division
118 east 28th street
New York, NY 10016

Aetna
P.O. Box 7247-0233
Philadelphia, PA 19170-0233

AFLAC New York
22 Corporate Woods Blvd.
Albany, NY 12211

Approved Fire Prevention Corp.
364 Route 109
West Babylon, NY 11704

Armenio Associates, Inc.
131 Sunnyside Blvd., Suite #110
Plainview, NY 11803

Benefit Resource Inc.
2320 Brighton - Henrietta Townline
Rochester, NY 14623

Broadview Networks
P.O. Box 9242
Uniondale, NY 11555-9242

Bulk TV & Internet
P.O. Box 99129
Raleigh, NC 27624-9129

Capital Supply Company
620 12th Ave.
New York, NY 10035-1004

Central Parking Systems
360 West 31st Street
New York, NY 10001

Communications Direct Inc.
735 Hunter Drive, Unit F
Bavaria, IL 60510

DCI - Design Communications Inc.
6851 Jericho Turnpike Suite 260
Syosset, NY 11791

Dean & Deluca
632 West 28th St
New York, NY 10001

DMX, Inc
P.O. Box 660557
Dallas, TX 75266-0557

Extreme Production Music
Dept. #1520 / Extreme Group Holdings
P.O. BOX 11407
Birmingham, AL 35246-1520

EZYIELD.COM, INC.
125 Excelsior Parkway Suite 101
Winter Springs, FL 32708

FC USA Inc
2101 Waukegan Rd 3rd Floor
Deerfield, IL 60015

Fire Systems, Inc 194 Brady Ave
P.O. Box 56
Hawthorne, NY 10532

Flowers of the World
150 West 55th Street
New York, NY 10019

G. Page Wholesale Flowers Inc.
120 West 28th St.
New York, NY 10001

Genares
PO Box 141117
Irving, TX 75014-1117

H20
845 West Madison Street
Chicago, IL 60607

Hartford Steam Boiler

PO Box 21045
Chicago, IL 60673

High Rise Elevator
114 21st St
Brooklyn, NY 11232

High Rise Fire Protection
144 21st St
Brooklyn, NY 11232

HOGG Robinson Group
Global House - Victoria Street
Basingstoke
Hampshire, RG RG21 3BT
United Kingdom

HOGG Robinson USA LLC
3426 Toringdon Way 4th Floor
Charlotte, NC 28277

Hoover's, Inc.
75 Remittance Drive Suite 1617
Chicago, IL 60675-1617

Horizon Mechanical Co., Inc.
891 Bloomfield Ave.
Clifton, NJ 07012

IFH International Americas, Inc.
1155 South Semoran Blvd., Suite 1129
Winter Park, FL 32792

KVD Communications
419 Lafayette Street
New York, NY 10003

LOAR Corporate Servicing, Inc.
P.O. Box 737
Yonkers, NY 10704

M3 Accounting Services
800b Jesse Jewell Parkway SW
Gainesville, GA 30501

MAXSIP

705 McDonald Ave.
Brooklyn, NY 11218

Miron & Sons Linen Service
220 Coster St.
Bronx, NY 10474

New York State Corporation Tax
Processing Unit
P.O. Box 22038
Albany, NY 12201-2038

New York State Sales Tax
NYS Sales Tax Processing
P.O. Box 15172
Albany, NY 12212-5 172

NYC Department of Finance
P.O. Box 2127
New York, NY 10272-2127

NYC Department of Finance
P.O. Box 5160
Kingston, NY 12402-5160

NYC Department of Finance Parking Violations
Church Street Station
P.O. Box 3600
New York, NY 10008-3600

NYC Hotel Supplies
P.O. Box 835
New York, NY 10024

NYSIF Disability Benefits
15 Computer Drive West
Albany, NY 12205-1690

Room Service Amenities
1010 Campus Drive West
Morgansville, NJ 07751

Sprint
P.O. Box 4181
Carol Stream, NY 60197-4181

Staples Business Advantage Dept NY
P.O. Box 415256
Boston, MA 02241-5256

SYSCO Metro New York, LLC
20 Theodore Conrad Dr.
Jersey City, NJ 07305-4614

Tecton Hospitality
601 Brickell Key Drive Suite 902
Miami, FL 33131

The Men's Wearhouse, Inc.
P.O. Box 844176
Dallas, TX 75284-4176

The TurboChyll Company
30 S. Ocean Ave., Ste 304B
Freeport, NY 11520

Time Warner Cable
P.O. Box 223085
Pittsburgh, PA 15251-2085

TowerStream Corporation
P.O. Box 414061
Boston, MA 02241-4061

TRINET
COBRA Department
9805 Double R Blvd., Suite 200
Reno, NV 89521

Twin Hill
P.O. Box 840113
Dallas, TX 75284

U.S. Coffee
51 Alpha Plaza
Hicksville, NY 11801

Unifocus Texas, LP
2455 McIver Lane
Carrollton, TX 75006

United Screening Services Corp

P.O. Box 442695
Miami, FL 33144

US Travel Association
1100 New York Avenue NW, Suite 450
Washington, DC 20005-3934

USA Today
305 Seaboard Lane, Suite 301
Franklin, TN 37067-8288

USLife Ins Co NY
PO Box 863952
Orlando, FL 32886-3952

Uvet American Express Corporate
Via Binda 21
Italy

Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408

World Hotels
Main Airport Center
Unterschweinsteige 2-14
Frankfurt am Main, Germany, 60549

World Hotels North America, Inc.
7009 Dr. Phillps Blvd., Suite 250
Orlando, FL 32819

World Rainbow Hotels
HotelREZ Ltd
Newark Beacon Office Park, Cafferata Way
Newark, NG24 2TN
United Kingdom

Your Revenue Building Architects
P.O. Box 3338
Grapevine, TX 76099