LEE W. STREMBA
212.704.6143 telephone
212.704.5962 facsimile
lee.stremba@troutmansanders.com


**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

April 13, 2011

<u>VIA FAX OR EMAIL</u>

TO: PARTIES IN INTEREST

Re: <u>Waterscape Resort LLC, Chapter 11 Case No. 11-11593 (SMB)</u>

Dear Parties in Interest:

This firm represents Chapter 11 debtor Waterscape Resort LLC (the "Debtor"). I am herewith serving a copy of the MOTION OF THE DEBTOR FOR (I) AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND SETTING A FINAL HEARING, AND (II) A FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, dated April 13, 2011.

PLEASE TAKE NOTICE that a hearing will be held with respect to the Debtor's proposed Agreed Order Authorizing Interim Use of Cash Collateral on April 14, 2011 at 4:00 p.m. before the Honorable Stuart M. Bernstein, in Room 723 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408

Yours truly,

Lee W. Stremba

cc: Honorable Stuart M. Bernstein (w/enc.)