LEE W. STREMBA
212.704.6143 telephone
212.704.5962 facsimile
lee.stremba@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com

May 10, 2011

<u>VIA FAX OR EMAIL</u>

TO: PARTIES IN INTEREST

    Re: <u>Waterscape Resort LLC, Chapter 11 Case No. 11-11593 (SMB)</u>

Dear Parties in Interest:

    This firm represents Chapter 11 debtor Waterscape Resort LLC (the "Debtor"). You have heretofore been served with copies of the Debtor's: (a) proposed Plan of Reorganization, dated May 6, 2011; (b) proposed Disclosure Statement, dated May 6, 2011; and (c) Motion for (I) an Order Scheduling Combined Hearing to Consider the Adequacy of the Debtor's Disclosure Statement and Confirmation of the Debtor's Plan and (II) Upon the Conclusion of Said Hearing, an Order Approving the Disclosure Statement and Plan (the "Motion").

    PLEASE TAKE NOTICE that on May 12, 2011 at 10:00 a.m. before the Honorable Stuart M. Bernstein, in Room 723 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, a hearing will be held with respect to the Debtor's proposed Scheduling Order (Exhibit A to the Motion) and for provisional approval of the Disclosure Statement for purposes of scheduling the Combined Hearing.

                                            Yours truly,

                                            Lee W. Stremba

1450822v1