Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

*Counsel for the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WATERSCAPE RESORT LLC, | Case No. 11-11593-SMB |
| Debtor. | |

**FEE STATEMENT OF SCHIFF HARDIN LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

SCHIFF HARDIN LLP
By: /s/ Alyson M. Fiedler
    Louis T. DeLucia, Esq.
    Alyson M. Fiedler, Esq.
666 Fifth Avenue, 17th Floor
New York, NY  10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

*Counsel for the Official Committee of
Unsecured Creditors*

Dated: October 20, 2011

NY\51069028.1

# SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 258-5500
FACSIMILE (312) 258-5600

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

Wilmington Business Solutions
7009 Finian Drive
Wilmington, NC  28409

INVOICE NO.:              1622593
INVOICE DATE:             OCTOBER 20, 2011
CLIENT MATTER NUMBER:
MATTER NAME:              In re Waterscape Resort
FIRM'S MATTER #:          40365-0000

---

FOR LEGAL SERVICES RENDERED
September 1, 2011 through  September 30, 2011
in connection with In re Waterscape Resort LLC;
In the USBC, Southern Dist. of NY;
Case No. 11-11593 SMB

| | |
|---|---|
| Total Fees.................................................. | $7,912.50 |
| Total Disbursements/Charges............................... | $41.94 |
| Total Invoice Now Due..................................... | $7,954.44 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

Official Committee of Unsecured Creditors of Waterscape
In re Waterscape Resort LLC;
40365-0000

OCTOBER 20, 2011
INVOICE # 1622593
PAGE   2

---

**LEGAL SERVICES RENDERED:**

| | | | |
|---|---|---|---|
| B110 | Case Administration | | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/01/11 | Receipt/review of Debtor's counsel Fee Application and review of Pavarini objection to Extend time in Adversary.<br>Counsel        Alyson M. Fiedler | 0.80 | 440.00 |
| 09/06/11 | Receipt/review of Holland & Knight Fee Application.<br>Equity Partner   Louis T. DeLucia | 0.40 | 290.00 |
| 09/06/11 | Review final status report.<br>Counsel        Alyson M. Fiedler | 0.20 | 110.00 |
| 09/07/11 | Correspondence with C. Rayner.<br>Equity Partner   Louis T. DeLucia | 0.30 | 217.50 |
| 09/09/11 | Conduct Committee call.<br>Equity Partner   Louis T. DeLucia | 0.60 | 435.00 |
| 09/12/11 | Review stipulation with purchaser re extending claims objection.<br>Counsel        Alyson M. Fiedler | 0.20 | 110.00 |
| 09/12/11 | Review correspondence from L. Stremba.<br>Counsel        Alyson M. Fiedler | 0.10 | 55.00 |
| 09/15/11 | Email from M. Register.<br>Equity Partner   Louis T. DeLucia | 0.30 | 217.50 |
| 09/16/11 | Review Chartis stipulation and correspondence email.<br>Counsel        Alyson M. Fiedler | 0.30 | 165.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

Official Committee of Unsecured Creditors of Waterscape        OCTOBER 20, 2011
In re Waterscape Resort LLC;                                    INVOICE # 1622593
40365-0000                                                      PAGE    3

---

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/19/11 | Correspondence with L. Stremba re Chartis Stipulation.<br>Counsel          Alyson M. Fiedler | 0.10 | 55.00 |
| 09/19/11 | Review USB answer to complaint.<br>Counsel          Alyson M. Fiedler | 0.20 | 110.00 |
| 09/22/11 | Emails from C. Rayner and Debtors re claims objections.<br>Equity Partner    Louis T. DeLucia | 0.40 | 290.00 |
| 09/22/11 | Email to/from L. Stremba for the update on closing.<br>Equity Partner    Louis T. DeLucia | 0.30 | 217.50 |
| 09/22/11 | Email to Committee with update.<br>Equity Partner    Louis T. DeLucia | 0.30 | 217.50 |
| 09/22/11 | Telephone conference with C. Rayner re claims objection.<br>Counsel          Alyson M. Fiedler | 0.20 | 110.00 |
| 09/23/11 | Draft response to C. Rayner.<br>Counsel          Alyson M. Fiedler | 0.40 | 220.00 |

  SUBTOTAL FOR B110  **Case Administration**                                5.10    3260.00

  B160    **Fee/Employment Applications**

| 09/07/11 | Call from L. Stremba re fees.<br>Equity Partner    Louis T. DeLucia | 0.30 | 217.50 |
| 09/16/11 | Correspondence with M. Fenton.<br>Counsel          Alyson M. Fiedler | 0.10 | 55.00 |
| 09/19/11 | Prepare monthly fee statement.<br>Counsel          Alyson M. Fiedler | 2.50 | 1375.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

```
Official Committee of Unsecured Creditors of Waterscape       OCTOBER 20, 2011
In re Waterscape Resort LLC;                                  INVOICE # 1622593
40365-0000                                                    PAGE    4
```

```
09/21/11  Telephone conference with M. Fenton re           0.20     145.00
          fees/monthly fee statement.
          Equity Partner    Louis T. DeLucia

09/27/11  Calls with M. Fenton re fees.                    0.40     290.00
          Equity Partner    Louis T. DeLucia

   SUBTOTAL FOR B160   Fee/Employment Applications         3.50    2082.50

   B320      Plan and Disclosure Statement(including Businlan)

09/01/11  Prepare for and participate in meeting with      1.80    1305.00
          Lee Stremba re claims analysis and Class 5
          Reserve.
          Equity Partner    Louis T. DeLucia

09/01/11  Prepare for and attend meeting with Lee          2.30    1265.00
          Stremba re claims analysis and Class 5
          Reserve.
          Counsel            Alyson M. Fiedler

   SUBTOTAL FOR B320  Plan and Disclosure Statement(incluBusiness   4.10    2570.00


   TOTAL FEES INVOICED                                         $7,912.50
```

**DISBURSEMENTS/CHARGES:**

   DATE    DESCRIPTION                                          AMOUNT

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

Official Committee of Unsecured Creditors of Waterscape      OCTOBER 20, 2011
In re Waterscape Resort LLC;                                 INVOICE # 1622593
40365-0000                                                   PAGE    5

```
09/20/11  Delivery services/messengers                                  7.69
          Air Bill: 797535504227
          Sender:   , Maria Vecchione
          Recipient: Richard C. Morrissey  Esq., Of
          Address: 33 WHITEHALL ST STE 2100
          City: NEW YORK CITY
          State: NY
          Zip code: 10004
          USER DEFINED 1:    , Maria Vecchione
          USER DEFINED 2:  797535504227
09/20/11  Delivery services/messengers                                  7.69
          Air Bill: 797535517640
          Sender:   , Maria Vecchione
          Recipient: Greg R. Yates   Esq., Seyfarth
          Address: 620 8TH AVE
          City: NEW YORK
          State: NY
          Zip code: 10018
          USER DEFINED 1:    , Maria Vecchione
          USER DEFINED 2:  797535517640
09/20/11  Delivery services/messengers                                  7.69
          Air Bill: 797535497541
          Sender:   , Maria Vecchione
          Recipient: Lee W. StrembaBrett D. Goodman
          Address: 405 LEXINGTON AVE
          City: NEW YORK
          State: NY
          Zip code: 10174
          USER DEFINED 1:    , Maria Vecchione
          USER DEFINED 2:  797535497541
```

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

```
Official Committee of Unsecured Creditors of Waterscape      OCTOBER 20, 2011
In re Waterscape Resort LLC;                                 INVOICE # 1622593
40365-0000                                                   PAGE    6
```

```
09/20/11  Delivery services/messengers                           8.87
          Air Bill: 797535510623
          Sender:   , Maria Vecchione
          Recipient: Salim Assa, Waterscape Resort
          Address: 15 W 34TH ST
          City: NEW YORK
          State: NY
          Zip code: 10001
          USER DEFINED 1:   , Maria Vecchione
          USER DEFINED 2:  797535510623
09/02/11  Local Travel - VENDOR: SYBRANDT DAVIS TRAIN -         5.00
          08/04/2011 - S. DAVIS
09/02/11  Local Travel - VENDOR: SYBRANDT DAVIS TRAIN -         5.00
          08/05/2011 - S. DAVIS

   TOTAL DISBURSEMENTS/CHARGES                                 $41.94

   TOTAL FEES AND DISBURSEMENTS/CHARGES DUE                 $7,954.44
```

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

**SCHIFF HARDIN LLP**
233 SOUTH WACKER DRIVE, SUITE 6600
CHICAGO, ILLINOIS 60606

Federal Tax ID: 36-3184453
DUE UPON RECEIPT

Official Committee of Unsecured Creditors of Waterscape
In re Waterscape Resort LLC;
40365-0000

OCTOBER 20, 2011
INVOICE # 1622593
PAGE   7

**ATTORNEY FEES -- TASK BASED SUMMARY**

| | | | | |
|---|---|---|---|---|
| Case Administration | B110 | | | |
| Louis T. DeLucia | | 2.60 | 725.00 | 1885.00 |
| Alyson M. Fiedler | | 2.50 | 550.00 | 1375.00 |
| TOTAL HOURS AND FEE | | 5.10 | | 3260.00 |
| Fee/Employment Applications | B160 | | | |
| Louis T. DeLucia | | 0.90 | 725.00 | 652.50 |
| Alyson M. Fiedler | | 2.60 | 550.00 | 1430.00 |
| TOTAL HOURS AND FEE | | 3.50 | | 2082.50 |
| Plan and Disclosure Statement(inclu | B320 | | | |
| Louis T. DeLucia | | 1.80 | 725.00 | 1305.00 |
| Alyson M. Fiedler | | 2.30 | 550.00 | 1265.00 |
| TOTAL HOURS AND FEE | | 4.10 | | 2570.00 |
| GRAND TOTAL | | 12.70 | | 7912.50 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.