**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WATERSCAPE RESORT LLC | ) | Case No. 11-11593 (SMB) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AGREED ORDER EXTENDING AUTHORITY FOR INTERIM USE OF CASH COLLATERAL

Upon the Application of Waterscape Resort LLC (the "Debtor") made by letter dated October 19, 2011, and upon the **SMB 10/20/11 representation by the debtor that the** ~~consent of the Debtor's~~ secured lenders U.S. Bank National Association and USB Capital Resources, Inc. f/k/a USB Capital Funding Corp. (collectively, the "Lenders") **have consented**, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Debtor's authority to use cash collateral of the Lenders is extended from October 20, 2011 to October 27, 2011 on the same terms and conditions as provided in the Fourth Agreed Order Authorizing Interim Use of Cash Collateral, dated August 18, 2011 [Docket No. 149].

SO ORDERED by the Court this 20th day of October, 2011.

                                                        /s/ STUART M. BERNSTEIN
                                                  HONORABLE STUART M. BERNSTEIN
                                                  UNITED STATES BANKRUPTCY JUDGE